UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

In re:

MAYWOOD CAPITAL CORP., et al.,

           Post Confirmation Debtors.

------------------------------------------------------------------- x

JOHN S. PEREIRA, as Post Confirmation Chapter 11 Trustee of Maywood Capital Corp.,

           Plaintiff,

vs.

JOSEPH GREENBLATT and ROY BABITT, as Chapter 7 Trustee for the estate of Joseph Greenblatt,

           Defendants.

------------------------------------------------------------------- x

Chapter 11 Cases
Case No. 05-10987 (RDD)

Jointly Administered
Case Nos. 04-17047, 05-10944
to 05-10987, 05-11521, 05-11523
and 05-17778 (RDD)

Adv. No.: 10-02872 (RDD)

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that on November 11, 2010, Gibbons P.C. executed a Notice of Withdrawal and Substitution of Counsel for Post Confirmation Trustee, and withdrew its appearance as counsel of record for John S. Pereira, as Post Confirmation Trustee and the Plaintiff herein (the "Plaintiff") in the above-captioned adversary case (the "Withdrawal Notice"). A copy of the Withdrawal Notice is attached hereto as Exhibit "A."

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Withdrawal Notice, Troutman Sanders LLP ("Troutman") appears as substitute counsel of record for the Plaintiff in this action. Accordingly, please ensure that all future correspondence and notices are served upon Troutman as counsel of record for the Plaintiff as follows:

1431889v1

John P. Campo, Esq.
TROUTMAN SANDERS LLP
The Chrysler Building
New York, New York 10174
Telephone: (212) 704-6000
Telecopier: (212) 704-6288
E-mail: john.campo@troutmansanders.com

Dated: New York, New York  **TROUTMAN SANDERS LLP**
       November 19, 2010

By:   *s/John P. Campo*_____
     John P. Campo, Esq.
     The Chrysler Building
     405 Lexington Avenue
     New York, New York 10174
     Telephone: (212) 704-6000

*Attorneys for the Plaintiff*